**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-8871

August 15, 2008

By Hand
Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Kenneth Archbold v. J. Hessel</u>
08-CV-3898 (SHS) (FM)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew Cuomo, Attorney General of the State of New York, and I will be representing respondent in the above-referenced habeas corpus matter. I am writing to request an extension of time in which to respond to Mr. Archbold's habeas petition.

    On May 19, 2008, Your Honor issued an order requiring respondent to file a response to the petition by August 21, 2008. I am currently assigned to respond to three additional habeas petitions this month. Accordingly, I am requesting an 30-day extension of time to respond to the habeas petition, until September 20, 2008. This is my first request for an extension.

Respectfully submitted,

Leilani Rodriguez
Assistant Attorney General

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

CC:  Kenneth Archbold
     05-R-2482
     Orleans Correctional Facility
     35-31 Gaines Basin Rd.
     Albion, New York 14411

**APPLICATION GRANTED
SO ORDERED**

Frank Maas, USMJ  8/18/08